ELIZABETH C. REISINGER et al., Appellants, *v.* THE PULLMAN COMPANY, Respondent.

Argued March 3, 1938; decided March 18, 1938.

*Paul D. Compton* and *Wayne D. Bird* for appellants.
*Donald M. Dunn* and *Herbert S. Ogden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J., and LEHMAN, J.